UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
ASHLAND

CIVIL ACTION NO. 05-CV-102-HRW

FRANCISCO AVILLA                                                                                PLAINTIFF

VS:                                               **JUDGMENT**

UNITED STATES OF AMERICA, ET AL.                                                  DEFENDANTS

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED AND ADJUDGED** as follows:

(1) The plaintiff herein, Francisco Avilla, an individual who is currently confined at the Federal Correctional Institution in Ashland, Kentucky ("FCI-Ashland"), has filed a complaint which the Court construes as falling under 28 U.S.C. §1331, pursuant to the doctrine announced in *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

(2) The named defendants are: (A) The United States of America; (B) the BOP; and (C) Terry O'Brien, Warden of FCI-Ashland.

(3) The plaintiff's Fifth Amendment claims relating to his transfers and security classification are **DISMISSED WITH PREJUDICE.**

(4) The plaintiff's claims against Defendant Terry O'Brien are **DISMISSED WITH PREJUDICE.**

(5) The plaintiff's constitutional claims relating to: (1) alleged denial of equal protection; (2) alleged Fifth and/or Eighth Amendment violations relating to solitary confinement and/or confinement in segregation while in Arizona; and (3) alleged denial of his First Amendment right

of access to the courts are dismissed without prejudice to the plaintiff asserting them in the appropriate venue in Arizona.

(4) Judgment **IS ENTERED** in favor of the named defendants.

(5) This is a **FINAL** and **APPEALABLE ORDER** and there is no just cause for delay.

(6) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

(7) This matter [05-CV-102-HRW] **IS STRICKEN** from the active docket.

This 11th day of October, 2005.

                                               HENRY R. WILHOIT, JR.
                                               SENIOR U. S. DISTRICT JUDGE